UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| DIAMOND TOOLS TECHNOLOGY LLC,<br><br>       Plaintiff,<br><br>v.<br><br> UNITED STATES,<br><br>       Defendant,<br><br>and<br><br>DIAMOND SAWBLADES MANUFACTURERS' COALITION,<br><br>       Defendant-Intervenor. | Court No. 20-00060 |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Diamond Tools Technology LLC hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's opinion and order of March 1, 2024.

                 Respectfully submitted,

                 WHITE AND CASE LLP

                  */s/ Lucius B. Lau*
                 Walter J. Spak
                 Jay C. Campbell
                 Lucius B. Lau
                 Ron Kendler
                 Allison J.G. Kepkay
                 WHITE AND CASE LLP
                 701 Thirteenth Street, NW
                 Washington, DC 20005
                 (202) 626-3600

Date: April 29, 2024          Counsel to Diamond Tools Technology LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of April 2024, I electronically filed a copy of the foregoing using the CM/ECF system, which sent a notification of such filing to counsel of record.

*/s/ Lucius B. Lau*
